IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HENRY ANTHONY
WASHINGTON BROWN,**

    *Plaintiff*,

v.                                               Case No.: 4:22cv287-MW/MAF

**RON DESANTIS, Governor,
State of Florida, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections[1] having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are

---

[1] On August 8, 2022, the same day the Magistrate Judge entered his Report and Recommendation, Plaintiff filed an amended motion for leave to proceed *in forma pauperis*. *See* ECF No. 6. The Magistrate Judge denied Plaintiff's amended motion. ECF No. 7. Plaintiff has filed nothing else since August 8th.

**DISMISSED** as frivolous and duplicative of Case No.: 4:22cv286-RH/MJF." The Clerk shall close the file.

**SO ORDERED on September 8, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**